

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 2 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:18-MJ-00007 |
| EMMA CANDELARIA BENANVIDES AYALA, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of **DEFENDANT**, IT IS ORDERED that a detention hearing is set for **January 16, 2018**, 2017 , at **1:00** ☐a.m. / ☒p.m. before the Honorable **John D. Early**, in Courtroom **6B**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **January 12, 2018**

U.S. District Judge/Magistrate Judge